No. 171, Misc. SORENSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States. 

No. 258, Misc. McCLURE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioners *pro se.* *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. 

No. 547, Misc. STADTER *v.* UNITED STATES;
No. 555, Misc. EHLEN *v.* UNITED STATES; and
No. 644, Misc. WRIGHT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States in Nos. 547, Misc., and 555, Misc. *Solicitor General Cox* for the United States in No. 644, Misc. 

No. 631, Misc. COCHRAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States. 

No. 822, Misc. ARBUCKLE *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *John R. Snively* for petitioner. 

No. 816, Misc. GUERRIERI *v.* OHIO ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 830, Misc. BORSEY *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.